**FORM IV**　　　　　　　　　　　　　　　　　　　　　　　　　　Page: 1

## INTERIM REPORT

CHAPTER 07 ASSET CASE

REPORT FOR PERIOD ENDING: 03/01/13

_____

CASE NO:     09-65144         WLH (Wendy L. Hagenau)
CASE NAME:   MARTIN, KURT WAYNE
             MARTIN, DEBORAH DUNN
DATE APPOINTMENT ACCEPTED: 03/03/09

_____

1. ASSETS ON HAND ( FROM THE ESTATE CASE RECEIPTS AND DISBURSEMENTS RECORD - FORM II )

   AT ASSOCIATED BANK:
      CHECKING:    $      9,014.91     MONEY MKT:  $         0.00
      SAVINGS:     $          0.00     INVESTMENT: $         0.00
      OTHER:       $          0.00     TOTAL:      $      9,014.91

   THE AMOUNT OF THE TRUSTEE'S BOND IS: BLANKET
   WHICH IS SUFFICIENT TO COVER THE ASSETS LISTED ABOVE.

2. TOTAL ASSETS STILL TO BE LIQUIDATED: $0.00
   ( FROM INDIVIDUAL ESTATE PROPERTY RECORD, FORM I, TOTAL OF COLUMN 6 )
   ASSETS FOR WHICH INSURANCE COVERAGE HAS BEEN OBTAINED:

   **DESCRIPTION**                          **ESTIMATED VALUE**           **INSURANCE**
   *** None ***

3. PROJECTED TOTAL VALUE TO BE REALIZED: $      9,014.91   (TOTAL OF 1 + 2)

4. MAJOR ACTIVITIES DURING THE REPORTING PERIOD NOT REFLECTED IN THE INDIVIDUAL ESTATE
   PROPERTY RECORD AND THE CASE RECEIPTS AND DISBURSEMENTS RECORD:

   **MATTERS PENDING, DATE OF HEARING OR SALE, AND OTHER ACTION:**




         SIGNATURE OF TRUSTEE: _____
                               PAUL H. ANDERSON, JR., TRUSTEE
                               TWO PIEDMONT CENTER, SUITE 315
                               3565 PIEDMONT ROAD, N.E.
                               ATLANTA, GA 30305
                               (404) 495-5380
                               DATE: 11/25/13

PFORM4　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 17.04

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 09-65144 WLH Judge: Wendy L. Hagenau | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | MARTIN, KURT WAYNE | Date Filed (f) or Converted (c): | 02/27/09 (f) |
| | MARTIN, DEBORAH DUNN | 341(a) Meeting Date: | 04/02/09 |
| For Period Ending: | 03/01/13 | Claims Bar Date: | 07/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 703 E Green Lane Woodstock, GA 30189 Che | 345,000.00 | 0.00 | | 0.00 | FA |
| 2. Rental Property 190 Azalea Drive Roswell, GA 30175 | 200,000.00 | 0.00 | | 0.00 | FA |
| 3. Timeshare The Pines at Bryce Mountain P.O. Box 76 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. Land .22 Acre Interior Parcel Roswell, GA 30075 | 0.00 | 5,000.00 | | 0.00 | FA |
| 341 testimony that property was sold. Amendment deleted. | | | | | |
| 5. Cash | 20.00 | 20.00 | | 0.00 | FA |
| 6. Checking Account with Suntrust Bank (H) | 6,825.00 | 400.00 | | 0.00 | FA |
| Amended from $400. | | | | | |
| 7. Savings Account with Suntrust Bank | 80.00 | 80.00 | | 0.00 | FA |
| 8. Checking Account with BB&T (W) | 100.00 | 100.00 | | 3,140.86 | FA |
| MMA. | | | | | |
| 9. Savings Account with BB&T (W) | 50.00 | 50.00 | | 0.00 | FA |
| 10. 5 BRs, 2 LRs, DR, All Major Kitchen Applicances, 2 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 11. Pool Table, Bar, Table and Chairs, Stools | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 12. Sivorsky Crystal | 200.00 | 200.00 | | 0.00 | FA |
| 13. Clothing | 400.00 | 400.00 | | 0.00 | FA |
| 14. Wedding Bands, 2 Watches, Necklace, Earrings, Enga | 1,500.00 | 1,500.00 | | 500.00 | FA |
| 15. Camcorder and Digital Camera, Electric Guitar | 100.00 | 100.00 | | 0.00 | FA |
| 16. Whole Life Policy with The Guardian | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 17. TRS Retirement | 2,831.00 | 2,831.00 | | 0.00 | FA |
| 18. Anticipated 2008 Tax Refund | 0.00 | 6,759.00 | | 0.00 | FA |
| Amended to delete $6,759 value. Apparently received prepetition and deposited to SunTrust account. | | | | | |
| 19. 2008 Georgia State Refund | 0.00 | 1,495.00 | | 0.00 | FA |
| Amended to delete $1,495 value. Apparently received prepetition. | | | | | |
| 20. 2004 BMW 530 i | 22,675.00 | 22,675.00 | | 0.00 | FA |

LFORM1                                                                                          Ver: 17.04

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 09-65144 WLH Judge: Wendy L. Hagenau | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | MARTIN, KURT WAYNE | Date Filed (f) or Converted (c): | 02/27/09 (f) |
| | MARTIN, DEBORAH DUNN | 341(a) Meeting Date: | 04/02/09 |
| | | Claims Bar Date: | 07/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. 2005 Honda Accord | 15,150.00 | 15,150.00 | | 0.00 | FA |
| 22. 2007 VW Jetta | 13,175.00 | 13,175.00 | | 0.00 | FA |
| 23. Kayak | 50.00 | 50.00 | | 0.00 | FA |
| 24. Copier, Fax, Computer, File Cabinets | 500.00 | 500.00 | | 0.00 | FA |
| 25. Dog | 30.00 | 30.00 | | 0.00 | FA |
| 26. Lawnmower, Weed Wacker, Grill, Pressure Washer, To | 300.00 | 300.00 | | 0.00 | FA |
| 27. Avoidance claim - Scott Hunter (u) | 0.00 | 6,500.00 | | 5,525.00 | FA |
| 547 claim based on 2/19/09 account withdrawal and deposit into Mr. Hunter's account. | | | | | |
| 28. Georgia's Own Credit Union account (J) (u) | 0.00 | 5.04 | | 0.00 | FA |
| 29. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3.23 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $617,486.00 | $85,820.04 | | $9,169.09 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1. A. P. No. 09- vs Scott Hunter for avoidance of transfer (547). Settled.

2. Debtor completed payments on personalty ($3,640.86, at $50/mo from 2/10 - 2/11, then $150/mo.). Case now ready to close.

Initial Projected Date of Final Report (TFR): 04/30/13     Current Projected Date of Final Report (TFR): 10/31/13

LFORM1     Ver: 17.04

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-65144 -WLH | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | MARTIN, KURT WAYNE | Bank Name: | ASSOCIATED BANK |
| | MARTIN, DEBORAH DUNN | Account Number / CD #: | *******9478  Checking - Non Interest |
| Taxpayer ID No: | *******1376 | | |
| For Period Ending: | 03/01/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/30/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 9,040.03 | | 9,040.03 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.37 | 9,039.66 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.57 | 9,034.09 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.76 | 9,028.33 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.42 | 9,014.91 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 9,040.03 | 25.12 | 9,014.91 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 9,040.03 | 0.00 | |
| | | Subtotal | | 0.00 | 25.12 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 25.12 | |

Page Subtotals   9,040.03   25.12

Ver: 17.04

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 09-65144 -WLH | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | MARTIN, KURT WAYNE | Bank Name: | Bank of America |
| | MARTIN, DEBORAH DUNN | Account Number / CD #: | *******0055  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1376 | | |
| For Period Ending: | 03/01/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/13/09 | 27 | Gregory Scott Hunter | SETTLEMENT PROCEEDS per 10/20/09 Order. | 1241-000 | 5,525.00 | | 5,525.00 |
| 08/31/09 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.07 | | 5,525.07 |
| 09/30/09 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,525.21 |
| 10/30/09 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,525.35 |
| 11/30/09 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,525.49 |
| 12/31/09 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,525.63 |
| 01/29/10 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,525.76 |
| 02/26/10 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,525.89 |
| 03/31/10 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,526.04 |
| 04/20/10 | 8 | DEBTOR | Installment payment per 2/2/10 Order. | 1129-000 | 100.00 | | 5,626.04 |
| 04/30/10 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,626.18 |
| 05/28/10 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,626.32 |
| 06/14/10 | 8 | DEBTOR | Installment payment | 1129-000 | 200.00 | | 5,826.32 |
| 06/30/10 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,826.46 |
| 07/30/10 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,826.60 |
| 08/31/10 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,826.75 |
| 09/30/10 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,826.89 |
| 10/04/10 | 8 | DEBTOR | Installment payment | 1129-000 | 150.00 | | 5,976.89 |
| 10/29/10 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,977.03 |
| 11/30/10 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,977.19 |
| 12/01/10 | 14 | DEBTOR | Installment payment | 1129-000 | 100.00 | | 6,077.19 |
| 12/31/10 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,077.34 |
| 01/31/11 | 29 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,077.49 |
| 02/15/11 | 8 | DEBTOR | Installment payment | 1129-000 | 150.00 | | 6,227.49 |
| 02/28/11 | 29 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,227.54 |
| 03/14/11 | 8 | DEBTOR | Installment payment | 1129-000 | 200.00 | | 6,427.54 |
| | | | Page Subtotals | | 6,427.54 | 0.00 | |

LFORM24

Ver: 17.04

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-65144 -WLH | | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|---|
| Case Name: | MARTIN, KURT WAYNE | | Bank Name: | Bank of America |
| | MARTIN, DEBORAH DUNN | | Account Number / CD #: | *******0055 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1376 | | | |
| For Period Ending: | 03/01/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/11 | 29 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,427.59 |
| 04/28/11 | 8 | DEBTOR | Installment payment | 1129-000 | 150.00 | | 6,577.59 |
| 04/29/11 | 29 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,577.64 |
| 05/31/11 | 29 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 6,577.70 |
| 06/30/11 | 29 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,577.75 |
| 07/29/11 | 29 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,577.80 |
| 08/19/11 | 8 | DEBTOR | Installment payment | 1129-000 | 600.00 | | 7,177.80 |
| 08/31/11 | 29 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,177.86 |
| 09/30/11 | 29 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,177.92 |
| 10/31/11 | 29 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,177.98 |
| 10/31/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 9.14 | 7,168.84 |
| 11/14/11 | 8 | DEBTOR | Installment payment | 1129-000 | 1,000.00 | | 8,168.84 |
| 11/30/11 | 29 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 8,168.90 |
| 11/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 9.37 | 8,159.53 |
| 12/30/11 | 29 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,159.60 |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 10.06 | 8,149.54 |
| 01/31/12 | 29 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,149.61 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 10.69 | 8,138.92 |
| 02/09/12 | | DEBTOR | Installment payment | | 990.86 | | 9,129.78 |
| | 8 | | Memo Amount: 590.86 | 1129-000 | | | |
| | 14 | | Memo Amount: 400.00 | 1129-000 | | | |
| 02/22/12 | 29 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 9,129.83 |
| 02/22/12 | | Transfer to Acct #*******1674 | Final Posting Transfer | 9999-000 | | 9,129.83 | 0.00 |

Page Subtotals  2,741.55  9,169.09

Ver: 17.04

LFORM24

**FORM 2**
Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-65144 -WLH | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | MARTIN, KURT WAYNE | Bank Name: | Bank of America |
| | MARTIN, DEBORAH DUNN | Account Number / CD #: | *******0055  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1376 | | |
| For Period Ending: | 03/01/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 990.86 | COLUMN TOTALS | | 9,169.09 | 9,169.09 | 0.00 |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | | 0.00 | 9,129.83 | |
| | | | Subtotal | | 9,169.09 | 39.26 | |
| | | Memo Allocation Net: 990.86 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,169.09 | 39.26 | |

Page Subtotals         0.00         0.00

Ver: 17.04

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 09-65144 -WLH | Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | MARTIN, KURT WAYNE | Bank Name: | Bank of America |
| | MARTIN, DEBORAH DUNN | Account Number / CD #: | *******1674  Checking - Non Interest |
| Taxpayer ID No: | *******1376 | | |
| For Period Ending: | 03/01/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/22/12 | | Transfer from Acct #*******0055 | Transfer In From MMA Account | 9999-000 | 9,129.83 | | 9,129.83 |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 11.23 | 9,118.60 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 11.59 | 9,107.01 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 11.57 | 9,095.44 |
| 06/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 10.81 | 9,084.63 |
| 07/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 11.91 | 9,072.72 |
| 08/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 11.53 | 9,061.19 |
| 09/28/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 10.40 | 9,050.79 |
| 10/30/12 | | Bank of America | BANK FEES | 2600-000 | | 10.76 | 9,040.03 |
| | | 901 MAIN STREET | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 10/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,040.03 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 9,129.83 | 9,129.83 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 9,129.83 | 9,040.03 | |
| | | Subtotal | | 0.00 | 89.80 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 89.80 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 990.86 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking - Non Interest - ********9478 | 0.00 | 25.12 | 9,014.91 |
| | | Money Market - Interest Bearing - ********0055 | 9,169.09 | 39.26 | 0.00 |
| Total Memo Allocation Net: | 990.86 | Checking - Non Interest - ********1674 | 0.00 | 89.80 | 0.00 |
| | | | 9,169.09 | 154.18 | 9,014.91 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      9,129.83      9,129.83

Ver: 17.04

LFORM24

FORM 2    Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-65144 -WLH |
| Case Name: | MARTIN, KURT WAYNE |
| | MARTIN, DEBORAH DUNN |
| Taxpayer ID No: | *******1376 |
| For Period Ending: | 03/01/13 |

| | |
|---|---|
| Trustee Name: | PAUL H. ANDERSON, JR., TRUSTEE |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******1674  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking - Non Interest - ********9478
Money Market - Interest Bearing - ********0055
Checking - Non Interest - ********1674

Trustee's Signature:    /s/   PAUL H. ANDERSON, JR., TRUSTEE   Date: 11/25/13
                        PAUL H. ANDERSON, JR., TRUSTEE

Page Subtotals        0.00        0.00

Ver: 17.04
LFORM24